# SENTENCING MINUTES

DATE: 1/5/17          CASE NUMBER: 3:16cr76

JUDGE: Payne          CT REPORTER: Peppy Peterson

INTERPRETER: _____

UNITED STATES OF AMERICA          Heather Hart Mansfield, AUSA

v.                                COUNSEL

Capri M. Williams                 Nia Vidal, ESQ.

SENTENCING ON COUNT(S): 1 + 2     (✓) Criminal Information
                                  ( ) Indictment ( ) Superseding Ind.

PRELIMINARY MATTERS: _____

Dfts Motion for Variance Downward - DENIED. Motion for one level reduction - DENIED - Dft not eligible

OBJECTIONS TO PSR: PSR filed as tendered

Dft called Dacherie Nicole Henderson, Pastor Celelia Lois Bias, Tony Miller

STATEMENTS MADE BY: GOV'T (✓) DEFENSE COUNSEL (✓) DEFT (✓)


ON MOTION OF GOV'T, ( ) INDICTMENT ( ) REMAINING CTS. DISMISSED.


DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION

ON: March 14, 2017    BY: 2:00 pm
(✓) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND


DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today (✓)

DEFT REMANDED TO CUSTODY ( ~~✓~~ )


CASE SET:    BEGAN:    ENDED:    TIME IN COURT:
10:30        10:29     11:33     1:04

## PAGE TWO (2)

**SENTENCE TEXT**

COUNT __1__  IMPRISONMENT __12 + 1 day__ MOS.  CONCURRENT ( )  CONSECUTIVE (✓)

CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE __3__ YEARS

PROBATION _____ YEARS

FINE $_____  (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately

COUNT __2__  IMPRISONMENT __24__ MOS.  CONCURRENT ( )  CONSECUTIVE (✓)

SUPERVISED RELEASE __1__ YEARS  CONCURRENT (✓)

PROBATION _____ YEARS  CONCURRENT ( )

FINE $_____  (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately

COUNT _____  IMPRISONMENT _____ MOS.  CONCURRENT ( )  CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS  CONCURRENT ( )

PROBATION _____ YEARS  CONCURRENT ( )

FINE $_____  ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE (✓) __7-12-16__

RESTITUTION ORDERED: $34,906.15 to Citibank, Wells Fargo & Chase Bank. Restitution Order entered interest waived.

**RECOMMENDATION(S) TO BOP:**
( ) Designate dft. to a facility near family  ( ) Designate dft. to _____ FCI
( ) SHOCK Incarceration Program    ( ) BRAVE Program
( ) Educational / Vocational training   ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program ( ) with _____ portion of earnings directed to child support
( ) OTHER:_____

## PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

✓ (1) Incur no new credit without approval of probation officer
✓ (2) Provide probation officer with access to financial information
___ (3) Perform community service _____ HOURS during period of supervision
✓ (4) Participate in drug/alcohol treatment; ✓ Pay cost of treatment
✓ (5) Participate in mental health treatment; ✓ Pay cost of treatment
___ Participate in anger management
___ (6) Participate in home confinement program for _____ with monitoring
___ Permitted to work, attend church, or other approved activities
___ Maintain telephone without special features; no cordless phone
___ Pay costs of electronic monitoring
___ (7) Placement in a Community Confinement Center for _____ (term)
___ (8) Defendant to be surrendered to BICE for deportation proceedings
___ If deported, defendant to remain outside the United States
___ (10) Mandatory drug testing waived
___ Probation officer may still administer drug test if deemed appropriate
___ (11) Pay child support in amount ordered by social services or Court
___ (13) Serve intermittent confinement on weekends for a period of _____ DAYS
___ (14) No possession of pager, cellular telephone, or other handheld communication device
✓ (15) Defendant shall pay any balance owed on the S/A imposed by the Court
✓ Pay in installments of not less than $ 100 per month, to begin 30 (60) days after start of supervision until paid in full

    34,906.15
    or 25% of HHB
    gross monthly
    income whichever
    is greater.

___ (16) Waive all rights of confidentiality regarding mental health treatment (or other treatment) to allow release of information to Probation, etc.
___ (17) Commencing _____, and continuing for _____, defendant may operate a motor vehicle only for purposes of work and court, including travel to the Probation Office and alcohol treatment program
✓ (18) Defendant to apply monies received from tax refunds, lottery winnings, and any anticipated or unexpected financial gains to the Court-ordered financial obligation

✓ (---) **Other special conditions:**

Prohibited from engaging in any business or occupation that she would have access to personal identifiers + personal information w/o the permission of PO.