IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CAPRI M. WILLIAMS, )<br>)<br>*Defendant*. )<br>_____ ) | Criminal No. 3:16CR076 |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$34,906.15.**

2. The victims' names, addresses, and the victims' respective total loss amounts are listed in Attachment A to this Restitution Order.

3. Interest:

    ✓ is waived. *ASP*

    ___ accrues as provided in 18 U.S.C § 3612(f).

4. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

5. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $100.00 per month or 25 percent of gross income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

7. All payments shall be made to the Clerk of Court, United States District Court, Suite 3000, 701 East Broad Street, Richmond, Virginia 23219-3528.

8. Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

9. No delinquent or default penalties will be imposed except upon Order of the Court.

10. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

/s/ REP
Honorable Robert E. Payne
Senior United States District Judge

ENTERED this 5th day of January, 2017.

at Richmond, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

Heather H. Hart Mansfield
Heather H. Hart Mansfield
Assistant United States Attorney

SEEN AND AGREED:

Capri M. Williams
Defendant

Nia A. Vidal
Counsel for Defendant

2

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Chase Bank<br>Chase Remittance Processing<br>Attn: Restitution Payments<br>P.O. Box 17055<br>Wilmington, Delaware 19886 | $13,484.45 |
| Citibank<br>Citi Security and Investigative Services<br>Attn: Victoria Yeager<br>INC 2015 091856<br>14700 Citicorp Drive<br>Building 2, 1st Floor<br>MC5205<br>Hagerstown, Maryland 21742 | $18,132.70 |
| Wells Fargo Bank, NA<br>External Fraud Investigations<br>P.O. Box 912038<br>Denver, Colorado 80291-2038 | $3,289.00 |
| Total due from defendant: | $34,906.15 |